Jonathan A. Stieglitz, Esq. (SBN 278028)
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748

Attorney for Plaintiff
Keith Feder, M.D., Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Feder, M.D., Inc.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Directors Guild of America-Producer Health Plan and DOES 1-10,<br><br>　　　　Defendant. | Case No.: 2:24-cv-02388-MWC-JPR<br><br>**Notice of Settlement** |

1  **PLEASE TAKE NOTICE** that Plaintiff Keith Feder, M.D., Inc., and Defendant Directors Guild of America-Producer Health Plan (the "Parties") have reached a settlement in the above-captioned matter. The Parties expect to file a FRCP Rule 41 Stipulation of Dismissal within forty-five (45) days.

Dated: March 13, 2025

THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:  */s/ Jonathan A. Stieglitz*
     Jonathan A. Stieglitz
     Attorneys for Plaintiff
     Keith Feder, M.D., Inc.